IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BARTOW COUNTY BANK,**<br><br>Plaintiff,<br><br>v.<br><br>**WILLIAM M. AKIN, GARY L. FOX, BARRY S. JUSTUS, JIMMY L. NELSON, L. LEHMANN SMITH, and HARRY B. WHITE,**<br><br>Defendants | **CIVIL ACTION NO.:**<br><br>4:14-cv-83-HLM<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate to the dismissal of this civil action with prejudice, each party to bear its own costs.

This 1st day of December, 2014.

| | |
|---|---|
| /s/ George P. Shingler | /s/ Robert R. Long |
| George P. Shingler | Robert R. Long |
| Georgia Bar No. 642850 | Georgia Bar Number 141546 |
| Joyce Gist Lewis | *robert.long@alston.com* |
| Georgia Bar No. 296261 | |

| | |
|---|---|
| **SHINGLER LEWIS LLC** | **ALSTON & BIRD LLP** |
| 1230 Peachtree Street, Suite 1075 | 1201 West Peachtree Street |
| Atlanta, Georgia 30309 | Atlanta, GA 30309-3424 |
| Phone: (404) 907-1999 | Telephone: 404-881-7000 |
| gshingler@shinglerlewis.com | Facsimile: 404-881-7777 |
| jlewis@shinglerlewis.com | **Attorney for Defendants** |
| **Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Bartow County Bank** | |